| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Adrienne Simpson** <br> First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–0689** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Northern District of Illinois** | | Date case filed for chapter  **13**  **5/9/18** |
| Case number:  **18–13556** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                              12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Adrienne Simpson | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1291 Candlestick Way <br> Waukegan, IL 60085 | |
| 4. | **Debtor's attorney** <br> Name and address | David M Siegel <br> David M. Siegel & Associates <br> 790 Chaddick Drive <br> Wheeling, IL 60090 | Contact phone 847 520–8100 <br> Email: davidsiegelbk@gmail.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Glenn B Stearns <br> 801 Warrenville Road Suite 650 <br> Lisle, IL 60532 | Contact phone 630–981–3888 |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division <br> 219 S Dearborn <br> 7th Floor <br> Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. <br> Contact phone 1–866–222–8029 <br> Date: 5/10/18 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 25, 2018 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number**. | **Location:**<br>105 East Route 83, Mundelein, IL 60060 |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 8/24/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 7/18/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 11/5/18** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**8/3/18** at **11:00 AM**, Location: **1792 Nicole Lane, Round Lake Beach, IL 60073**<br><br>**The Disclosure of Compensation has been filed and the debtor's attorney is requesting fees of $ 4000.00**<br>Objections to confirmation of the Plan shall be filed at least 7 days prior to the confirmation hearing. If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                  Case No. 18-13556-ABG
Adrienne Simpson                                                        Chapter 13
          Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0752-1           User: ccorona1              Page 1 of 2              Date Rcvd: May 10, 2018
                               Form ID: 309I               Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2018.
db             +Adrienne Simpson,    1291 Candlestick Way,    Waukegan, IL 60085-8627
tr             +Glenn B Stearns,    801 Warrenville Road Suite 650,    Lisle, IL 60532-4350
26727221       +Aes/goal Financial,    Pob 61047,   Harrisburg, PA 17106-1047
26727223        Allied Collection Service,    9301 OAKDALE AVE,    Suite 205,   Chatsworth, CA 91311-6547
26727227      ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
                (address filed with court: Caine & Weiner Co,     Po Box 5010,   Woodland Hills, CA 91365)
26727228       +Carmax Auto Finance,    12800 Tuckahoe Creek Pkw,    Richmond, VA 23238-1124
26727231       +City of Chicago,    Dept. of Revenue,    PO Box 88292,   Chicago, IL 60680-1292
26727232        City of Chicago Parking,    121 N LaSalle Street,    Room 107A,   Chicago, IL 60602-1232
26727234       +College of Lake County,    Attn: Cashier Office,    19351 W. Washington St.,
                 Grayslake, IL 60030-1198
26727235        Comcast,   Bankruptcy Department,    11621 E. Marginal Way 5,    Tukwila, WA 98168-1965
26727236        Commonwealth Edison-Care Center,    Bankruptcy Department,    PO Box 6113,
                 Carol Stream, IL 60197-6113
26727239       +David K Barhdt,    2901 Butterfield Road,    Oak Brook, IL 60523-1106
26727242       +Goal Financial/glelsi,    2401 International Lane,    Madison, WI 53704-3121
26727243       +Illinois Tollway,    Attn:Attorney General Legal Dept.,    2700 Ogden Ave.,
                 Downers Grove, IL 60515-1703
26727244       +Illinois Tollway,    PO Box 5544,   Chicago, IL 60680-5544
26727245      #+Markoff Law, LLC,    29 North Wacker Drive,    Suite 550,   Chicago, IL 60606-2851
26727247       +Metabank Genesis,    PO Box 4499,   Beaverton, OR 97076-4499
26727251       +Pembrook Club Apartment,    5389 Lezlie Ln,    Gurnee, IL 60031-6319
26727252       +Peoples Energy,    Bankruptcy Department,    200 E. Randolph St.,   Chicago, IL 60601-6302
26727253       +R Christopher Ditton,    c/o Lew Brawerman,    435 Hampshire Court,   Grayslake, IL 60030-2700
26727254       +ReadyRefresh by Nestle',    #215 6661 Dixie Highway,    Suite 4,   Louisville, KY 40258-3950
26727255       +Secretary of State,    Safety & Financial Responsibility,    2701 South Dirksen Parkway,
                 Springfield, IL 62723-1000
26727256        Secretary of State License Renewal,    3701 Winchester Road,    Springfield, IL 62707-9700
26727259        Stellar Recovery, Inc.,    PO BOX 48370,    Jacksonville, FL 32247-8370
26727260       +Sterling Jewelers,    Attn: Bankruptcy,    PO Box 1799,   Akron, OH 44309-1799
26727261        T Mobile Wireless,    Attn: Bankruptcy Dept.,    4515 N santa Fe Ave,
                 Oklahoma City, OK 73118-7901
26727264       +Transworld Systems Inc. Collection,    Bankruptcy Department,    PO Box 17221,
                 Wilmington, DE 19850-7221
26727265       +Village of Round Lake Beach,    1937 N Municipal Way,    Round Lake, IL 60073-4915

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: davidsiegelbk@gmail.com May 11 2018 00:40:18      David M Siegel,
                 David M. Siegel & Associates,    790 Chaddick Drive,    Wheeling, IL  60090
ust            +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV May 11 2018 00:40:52      Patrick S Layng,
                 Office of the U.S. Trustee, Region 11,    219 S Dearborn St,   Room 873,
                 Chicago, IL 60604-2027
26727222       +E-mail/Text: alison@cp.allcreditlenders.net May 11 2018 00:41:34      All Credit Lenders,
                 474 N. Greenbay Road,    Waukegan, IL 60085-3149
26727224        EDI: AIS.COM May 11 2018 04:33:00     American InfoSource,    PO Box 248848,
                 Oklahoma City, OK 73124-8848
26727225       +E-mail/Text: RBALTAZAR@ARMORSYS.COM May 11 2018 00:41:58      Armor Systems Corporation,
                 1700 Kiefer Drive,   Suite 1,    Zion, IL 60099-5105
26727226       +EDI: PHINHARRIS May 11 2018 04:34:00     Arnold Scott Harris, P.C.,
                 111 W. Jackson Blvd. Ste. 600,    Chicago, IL 60604-3517
26727230        EDI: WFNNB.COM May 11 2018 04:34:00     CB/VICSCRT (Victoria Secret),    PO Box 182128,
                 Columbus, OH 43218-2128
26727229        EDI: WFNNB.COM May 11 2018 04:34:00     CB/Vctrssec,    PO Box 182789,   Columbus, OH 43218-2789
26727233        E-mail/Text: alison@cp.allcreditlenders.net May 11 2018 00:41:34      CMK Investments, Inc.,
                 c/o d/b/a All Credit Lenders,    PO Box 250,   Gilberts, IL 60136-0250
26727237       +E-mail/Text: Collections@myconsumers.org May 11 2018 00:40:42      Consumers Coop Cred Un,
                 2750 Washington St,    Waukegan, IL 60085-4900
26727238       +EDI: RCSFNBMARIN.COM May 11 2018 04:34:00     Credit One,    Bankrupcty Department,
                 PO Box 98873,   Las Vegas, NV 89193-8873
26727240       +EDI: NAVIENTFKASMDOE.COM May 11 2018 04:35:00      Dept Of Ed/navient,   Po Box 9635,
                 Wilkes Barre, PA 18773-9635
26727241        E-mail/Text: legal@friendlyfinancecorp.com May 11 2018 00:40:33      Friendly Finance Corp.,
                 6340 Security Blvd., Ste. 200,    Baltimore, MD 21207-5161
26727246       +E-mail/Text: karaiza@mcsicollections.com May 11 2018 00:41:54      MCSI,   7330 College Drive,
                 Palos Heights, IL 60463-1186
26727248       +EDI: MID8.COM May 11 2018 04:34:00     Midland Funding,    P.O. Box 2011,
                 Warren, MI 48090-2011
26727250       +E-mail/Text: egssupportservices@alorica.com May 11 2018 00:41:17
                 NCO Financial Systems, Inc.,    600 Holiday Plaza Drive,    Suite 300,   Matteson, IL 60443-2238
26727249       +EDI: NAVIENTFKASMSERV.COM May 11 2018 04:33:00      Navient Solutions Inc,   Po Box 9500,
                 Wilkes Barre, PA 18773-9500
26727258        EDI: NEXTEL.COM May 11 2018 04:33:00     Sprint Nextel Correspondence,    Attn: Bankruptcy Dept.,
                 PO BOX 7949,   Overland Park, KS 66207
```

```
District/off: 0752-1           User: ccorona1              Page 2 of 2                   Date Rcvd: May 10, 2018
                               Form ID: 309I               Total Noticed: 49

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
26727257          EDI: RESURGENT.COM May 11 2018 04:34:00       Soaring Capital, LLC,   c/o LVNV Funding, LLC,
                   PO Box 10587,    Greenville, SC 29603-0587
26727262          Fax: 912-629-1539 May 11 2018 01:00:26        TitleMax of Illinois, Inc.,   d/b/a/ TitleMax,
                   15 Bull Street, Suite 200,    Savannah, GA 31401
26727263         +E-mail/Text: bankruptcydepartment@tsico.com May 11 2018 00:41:53        Transworld Systems,
                   P.O. Box 15630,    Wilmington, DE 19850-5630
                                                                                                 TOTAL: 21

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2018 at the address(es) listed below:
              David M Siegel    on behalf of Debtor 1 Adrienne  Simpson davidsiegelbk@gmail.com,
               author@proofofpayments.com;R41057@notify.bestcase.com;johnellmannlaw@gmail.com
              Glenn B Stearns    stearns_g@lisle13.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```