Form ntcdsm

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

Case No.: 18−13556
Chapter: 13
Judge: A. Benjamin Goldgar

In Re:
   Adrienne Simpson
   1291 Candlestick Way
   Waukegan, IL 60085

Social Security / Individual Taxpayer ID No.:
   xxx−xx−0689

Employer Tax ID / Other nos.:

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on August 24, 2018

FOR THE COURT

Dated: August 27, 2018                <u>Jeffrey P. Allsteadt , Clerk</u>
                                          United States Bankruptcy Court

```
                                United States Bankruptcy Court
                                 Northern District of Illinois
In re:                                                             Case No. 18-13556-ABG
Adrienne Simpson                                                   Chapter 13
          Debtor                          CERTIFICATE OF NOTICE
District/off: 0752-1           User: nmolina                Page 1 of 2                  Date Rcvd: Aug 27, 2018
                               Form ID: ntcdsm             Total Noticed: 51


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2018.
db             +Adrienne Simpson,    1291 Candlestick Way,    Waukegan, IL 60085-8627
26727221       +Aes/goal Financial,    Pob 61047,   Harrisburg, PA 17106-1047
26727223        Allied Collection Service,    9301 OAKDALE AVE,    Suite 205,    Chatsworth, CA 91311-6547
26727227      ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
               (address filed with court:   Caine & Weiner Co,    Po Box 5010,    Woodland Hills, CA 91365)
26742230       +CarMax Auto Finance dba CarMax Business Services,,    225 Chastain Meadows Court,,   Suite 210,
                 Kennesaw, GA 30144-5942
26727228       +Carmax Auto Finance,    12800 Tuckahoe Creek Pkw,    Richmond, VA 23238-1124
26727231       +City of Chicago,    Dept. of Revenue,    PO Box 88292,    Chicago, IL 60680-1292
26727232        City of Chicago Parking,    121 N LaSalle Street,    Room 107A,    Chicago, IL 60602-1232
26727234       +College of Lake County,    Attn: Cashier Office,    19351 W. Washington St.,
                 Grayslake, IL 60030-1198
26727235        Comcast,   Bankruptcy Department,    11621 E. Marginal Way 5,     Tukwila, WA 98168-1965
26727236        Commonwealth Edison-Care Center,    Bankruptcy Department,    PO Box 6113,
                 Carol Stream, IL 60197-6113
26727239       +David K Barhdt,    2901 Butterfield Road,   Oak Brook, IL 60523-1106
26769983       +GOAL STRUCTURED SOL,    ECMC,   PO BOX 16408,    ST PAUL, MN 55116-0408
26727242       +Goal Financial/glelsi,    2401 International Lane,    Madison, WI 53704-3121
26727243       +Illinois Tollway,    Attn:Attorney General Legal Dept.,     2700 Ogden Ave.,
                 Downers Grove, IL 60515-1703
26727244       +Illinois Tollway,    PO Box 5544,   Chicago, IL 60680-5491
26727245      #+Markoff Law, LLC,    29 North Wacker Drive,   Suite 550,    Chicago, IL 60606-2851
26727247       +Metabank Genesis,    PO Box 4499,   Beaverton, OR 97076-4499
26727251       +Pembrook Club Apartment,    5389 Lezlie Ln,   Gurnee, IL 60031-6319
26727252       +Peoples Energy,    Bankruptcy Department,   200 E. Randolph St.,    Chicago, IL 60601-6302
26727253       +R Christopher Ditton,    c/o Lew Brawerman,   435 Hampshire Court,    Grayslake, IL 60030-2700
26727254       +ReadyRefresh by Nestle',    #215 6661 Dixie Highway,    Suite 4,   Louisville, KY 40258-3950
26727255       +Secretary of State,    Safety & Financial Responsibility,    2701 South Dirksen Parkway,
                 Springfield, IL 62723-1000
26727256        Secretary of State License Renewal,    3701 Winchester Road,    Springfield, IL 62707-9700
26727259        Stellar Recovery, Inc.,    PO BOX 48370,   Jacksonville, FL 32247-8370
26727260       +Sterling Jewelers,    Attn: Bankruptcy,   PO Box 1799,    Akron, OH 44309-1799
26727261        T Mobile Wireless,    Attn: Bankruptcy Dept.,    4515 N santa Fe Ave,
                 Oklahoma City, OK 73118-7901
26727264       +Transworld Systems Inc. Collection,    Bankruptcy Department,    PO Box 17221,
                 Wilmington, DE 19850-7221
26727265       +Village of Round Lake Beach,    1937 N Municipal Way,    Round Lake, IL 60073-4915

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
26727224        EDI: AIS.COM Aug 28 2018 04:38:00     American InfoSource,    PO Box 248848,
                 Oklahoma City, OK 73124-8848
26727225       +E-mail/Text: RBALTAZAR@ARMORSYS.COM Aug 28 2018 01:00:01      Armor Systems Corporation,
                 1700 Kiefer Drive,    Suite 1,   Zion, IL 60099-5105
26727226       +EDI: PHINHARRIS Aug 28 2018 04:39:00     Arnold Scott Harris, P.C.,
                 111 W. Jackson Blvd. Ste. 600,    Chicago, IL 60604-3517
26727230        EDI: WFNNB.COM Aug 28 2018 04:39:00     CB/VICSCRT (Victoria Secret),    PO Box 182128,
                 Columbus, OH 43218-2128
26727229        EDI: WFNNB.COM Aug 28 2018 04:39:00     CB/Vctrssec,    PO Box 182789,    Columbus, OH 43218-2789
26762334       +EDI: PHINHARRIS Aug 28 2018 04:39:00     City of Chicago Department of Finance,
                 c/o Arnold Scott Harris P.C.,    111 W Jackson Blvd Ste.600,    Chicago IL. 60604-3517
26727237       +E-mail/Text: Collections@myconsumers.org Aug 28 2018 00:57:47      Consumers Coop Cred Un,
                 2750 Washington St,    Waukegan, IL 60085-4900
26727238       +EDI: RCSFNBMARIN.COM Aug 28 2018 04:39:00     Credit One,    Bankrupcty Department,
                 PO Box 98873,    Las Vegas, NV 89193-8873
26727240       +EDI: NAVIENTFKASMDOE.COM Aug 28 2018 04:39:00     Dept Of Ed/navient,    Po Box 9635,
                 Wilkes Barre, PA 18773-9635
26727241        E-mail/Text: legal@friendlyfinancecorp.com Aug 28 2018 00:57:33      Friendly Finance Corp.,
                 6340 Security Blvd., Ste. 200,    Baltimore, MD 21207-5161
26727246       +E-mail/Text: karaiza@mcsicollections.com Aug 28 2018 00:59:52      MCSI,   7330 College Drive,
                 Palos Heights, IL 60463-1186
26727248       +EDI: MID8.COM Aug 28 2018 04:38:00     Midland Funding,    P.O. Box 2011,
                 Warren, MI 48090-2011
26859604       +EDI: MID8.COM Aug 28 2018 04:38:00     Midland Funding, LLC,
                 Midland Credit Management, Inc. as,    agent for Midland Funding, LLC,    PO Box 2011,
                 Warren, MI 48090-2011
26727250       +E-mail/Text: egssupportservices@alorica.com Aug 28 2018 00:58:52
                 NCO Financial Systems, Inc.,    600 Holiday Plaza Drive,    Suite 300,   Matteson, IL 60443-2238
26727249       +EDI: NAVIENTFKASMSERV.COM Aug 28 2018 04:38:00     Navient Solutions Inc,    Po Box 9500,
                 Wilkes Barre, PA 18773-9500
26906873        EDI: NAVIENTFKASMSERV.COM Aug 28 2018 04:38:00     Navient Solutions, LLC on behalf of,
                 Department of Education Loan Services,    PO Box 9635,    Wilkes Barre, PA 18773-9635
26890081        EDI: Q3G.COM Aug 28 2018 04:39:00     Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
```

```
District/off: 0752-1          User: nmolina             Page 2 of 2               Date Rcvd: Aug 27, 2018
                              Form ID: ntcdsm           Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
26863627       EDI: NEXTEL.COM Aug 28 2018 04:38:00      Sprint Corp,    Attention Bankruptcy,    PO Box 7949,
                 Overland Park, KS 66207-0949
26727258       EDI: NEXTEL.COM Aug 28 2018 04:38:00      Sprint Nextel Correspondence,    Attn: Bankruptcy Dept.,
                 PO BOX 7949,    Overland Park, KS 66207
26727257       EDI: RESURGENT.COM Aug 28 2018 04:39:00      Soaring Capital, LLC,    c/o LVNV Funding, LLC,
                 PO Box 10587,    Greenville, SC 29603-0587
26727262       Fax: 912-629-1539 Aug 28 2018 01:18:46      TitleMax of Illinois, Inc.,    d/b/a/ TitleMax,
                 15 Bull Street, Suite 200,    Savannah, GA 31401
26727263      +E-mail/Text: bankruptcydepartment@tsico.com Aug 28 2018 00:59:51      Transworld Systems,
                 P.O. Box 15630,   Wilmington, DE 19850-5630
                                                                                              TOTAL: 22

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
26727222      ##+All Credit Lenders,   474 N. Greenbay Road,    Waukegan, IL 60085-3149
26727233      ##CMK Investments, Inc.,   c/o d/b/a All Credit Lenders,    PO Box 250,    Gilberts, IL 60136-0250
                                                                                      TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2018 at the address(es) listed below:
```
              David M Siegel    on behalf of Debtor 1 Adrienne  Simpson davidsiegelbk@gmail.com,
               author@proofofpayments.com;R41057@notify.bestcase.com;johnellmannlaw@gmail.com
              Glenn B Stearns    stearns_g@lisle13.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```